FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. ★ MAR 14 2019 ★ BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX GRIMES,

        Plaintiff,

-against-

SAMINDRA SIL, *et al.*,

        Defendants.
------------------------------------------------------------X

**MEMORANDUM AND ORDER**
19-CV-1066 (AMD) (VMS)

**ANN M. DONNELLY, United States District Judge:**

On February 20, 2019, the plaintiff filed this *pro se* action asserting a claim for employment discrimination based on Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. By memorandum and order dated February 27, 2019, I denied the plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and granted the plaintiff 14 days leave to pay the $400.00 filing fee. As of the date of this order, the plaintiff has not paid the filing fee.

Accordingly, the action is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore, *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

s/Ann M. Donnelly
_____
ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
       March 14, 2019